KRISTINE M. LARSEN (9228)
JASCHA K. CLARK (16019)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, UT 84145-0385
Tel:  (801) 532-1500
Fax:  (801) 532-7543
klarsen@rqn.com
jclark@rqn.com

*Attorneys for Receiver, Maria E. Windham*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARIA E. WINDHAM, as Receiver for MARQUIS PROPERTIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY PAUL SNYDER, an individual; JP SNYDER, INC., a Florida Corporation; JUDITH SNYDER, an individual; JOSEPH L. SIMONDS, an individual; ANNUITY THINK TANK, LLC, an expired Texas limited liability company; SIMONDS HOLDINGS, LLC, a dissolved Texas limited liability company; and JOHN DOES 1-5, <br><br> Defendants. | **RECEIVER'S MOTION TO DISMISS REMAINING CLAIMS** <br><br> Case No. 2:18cv63-RJS-DAO <br><br> District Judge Robert J. Shelby <br><br> Magistrate Judge Daphne A. Oberg |

Plaintiff Maria E. Windham, as Receiver for Marquis Properties, LLC (the "Receiver"), by and through counsel, hereby requests this Court dismiss all her remaining claims against the remaining defendants in this lawsuit based on an order of the Court in the receivership case, *Securities and Exchange Commission v. Marquis Properties, LLC, et al.*, Case No. 2:16-cv-00040-JNP.

In the receivership case, the Receiver filed a motion under seal in which she sought permission from the court to dismiss all remaining litigation based on the Receiver's analysis comparing the accruing costs of litigation to potential benefits to the receivership estate of continuing to pursue the remaining lawsuits.  On February 4, 2021, the Court issued an order granting the Receiver's Sealed Motion to Dismiss Lawsuits.  (*SEC v. Marquis Properties, LLC*, 2:16-cv-00040-JNP, Dkt. No. 341).

Based on the foregoing, the Receiver respectfully requests the Court enter an order granting her Motion to Dismiss Remaining Claims and dismiss all remaining claims against all remaining Defendants, with prejudice, each party to bear its own costs.  A proposed Order is submitted herewith.

DATED this 5th day of February, 2021.

RAY QUINNEY & NEBEKER P.C.

*/s/ Jascha K. Clark*
Kristine M. Larsen
Jascha K. Clark
*Attorneys for Receiver, Maria E. Windham*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2021, I filed a true and correct copy of the above **RECEIVER'S MOTION TO DISMISS REMAINING CLAIMS** with the Clerk of the Court via the Court's CM/ECF system, which sent notification to the following:

Robert S. Clark
Parr Brown Gee & Loveless
101 S 200 E, Ste 700
Salt Lake City, UT 84111
rclark@parrbrown.com

George L. Chingas, Jr.
Macarthur Heder & Metler, PLLC
4844 N 300 W, 3rd Fl
Provo, UT 84604
George@mhmlawoffices.com

/s/ Ashley Rollins

1556579