IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARIA E. WINDHAM, as Receiver for MARQUIS PROPERTIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY PAUL SNYDER, an individual; JP SNYDER, INC., a Florida Corporation; JUDITH SNYDER, an individual; JOSEPH L. SIMONDS, an individual; ANNUITY THINK TANK, LLC, an expired Texas limited liability company; SIMONDS HOLDINGS, LLC, a dissolved Texas limited liability company; and JOHN DOES 1-5,<br><br>    Defendants. | **ORDER GRANTING RECEIVER'S MOTION TO DISMISS REMAINING CLAIMS**<br><br>Case No. 2:18-cv-00063-RJS-DAO<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Having reviewed the Receiver's Motion to Dismiss Remaining Claims,[1] and for good cause appearing, the court GRANTS the Motion and DISMISSES WITH PREJUDICE the Receiver's claims against all remaining Defendants. Each party shall bear its own costs and fees. The Clerk of Court is directed to close this case.

    **SO ORDERED** this 5th day of February 2021.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 43.

1